RECEIVED
IN MONROE, LA
JAN 1 9 2006
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# MONROE DIVISION

| | |
|---|---|
| JENNIFER DENISE QUIAMBAO | CIVIL NO. 05-1170-M-- SECTION P |
| V. | JUDGE JAMES |
| JOHNNIE JONES, WARDEN | MAGISTRATE JUDGE HAYES |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, determining that the findings are correct under the applicable law, and considering the objections to the Report and Recommendation in the record,

**IT IS ORDERED** that **Claim I** (Racial Discrimination in the Selection of Grand Jury Foreperson) of the instant petition for *habeas corpus* be **DENIED AND DISMISSED WITH PREJUDICE** as procedurally defaulted.

**IT IS FURTHER ORDERED** that **Claim II** (Ineffective Assistance of Counsel) of the instant petition for *habeas corpus* be **DENIED AND DISMISSED WITH PREJUDICE** pursuant to Rule 4 of the Rules Governing Section 2254 Cases in the United States District Courts since it plainly appears from the face of the petition and exhibits annexed to it that the petitioner is not entitled to relief.

**IT IS FURTHER ORDERED** that **Claim X** (Sufficiency of the Evidence) be **DENIED AND DISMISSED WITH PREJUDICE** because petitioner failed to avail herself of all available state court remedies.

THUS DONE AND SIGNED, in chambers, in Monroe, Louisiana, on this 19 day of January, 2006.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE