
RECEIVED
IN MONROE, LA
MAR 0 3 2006
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| JENNIFER DENISE QUIAMBAO | CIVIL ACTION NUMBER 05-1170 |
| VERSUS | JUDGE ROBERT G. JAMES |
| JOHNNIE JONES, WARDEN | MAG. JUDGE KAREN L. HAYES |

### ORDER ON MOTION FOR CERTIFICATE OF APPEALABILITY

Because no final judgment has been filed in the above-captioned habeas case and because Petitioner has failed to make a substantial showing of the denial of a constitutional right,

IT IS ORDERED that Petitioner's Motion for Issuance of a Certificate of Appealability [Doc. No. 21] is DENIED.

Monroe, Louisiana, this \_\_\_3\_\_\_ day of \_\_March\_\_, 2006.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE