UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| **JENNIFER DENISE QUIAMBAO** | **CIVIL ACTION NUMBER 05-1170** |
| **VERSUS** | **JUDGE ROBERT G. JAMES** |
| **JOHNNIE JONES, WARDEN** | **MAG. JUDGE KAREN L. HAYES** |

**J U D G M E N T**

The Report and Recommendation of the Magistrate Judge having been considered, together with the written objections thereto filed with this Court, and, after a *de novo* review of the record, finding that the Magistrate Judge's Report and Recommendation is correct, with the exception noted in this Court's Ruling,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Petitioner's Petition for Writ of *Habeas Corpus* pursuant to 28 U.S.C. § 2254 [Doc. #1] is hereby **DENIED** and **DISMISSED WITH PREJUDICE**.

THUS DONE AND SIGNED this 19TH day of June, 2006, in Monroe, Louisiana.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE