
RECEIVED
IN MONROE, LA
JUL 14 2006
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| JENNIFER DENISE QUIAMBAO | CIVIL ACTION NUMBER 05-1170 |
| VERSUS | JUDGE ROBERT G. JAMES |
| JOHNNIE JONES, WARDEN | MAG. JUDGE KAREN L. HAYES |

### CERTIFICATE OF APPEALABILITY

A final order having been filed in the above-captioned habeas case, the Court, considering the record in this case and the requirements of 28 U.S.C. § 2253, hereby finds that:

The certificate of appealability is DENIED because the applicant has failed to make a substantial showing of the denial of a constitutional right.

MONROE, LOUISIANA, this 13 day of July, 2006.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE